MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
CHRISTOPHER W. CARSON, ESQ.
Nevada Bar No. 9523
**THE BOURASSA LAW GROUP, LLC.**
3025 W. Sahara Ave.  Suite 105
Las Vegas, Nevada 89102
Phone: (702) 851-2180
Fax:    (702) 851-2189
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JACOBSON, | CASE NO.:  2:09-CV-01330-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| REGIONAL TRUSTEE SERVICES CORPORATION, | |

///

///

///

///

///

///

///

///

///

///

///

///

///

- 1 -

1    Plaintiff JAMES JACOBSON, by and through his attorneys of record, THE BOURASSA

2  LAW GROUP, LLC, and Defendant REGIONAL TRUSTEE SERVICES CORPORATION, by

3  and through their attorneys of record, ROBINSON TAIT, P.S., hereby stipulate and agree that the

4  above-captioned matter as between Plaintiff JAMES JACOBSON and Defendant REGIONAL

5  TRUSTEE SERVICES CORPORATION be dismissed with prejudice.  Each party is to bear their

6  own fees and costs.

7

8  Dated this 22nd day of October, 2010              Dated this 22nd day of October, 2010

9  **THE BOURASSA LAW GROUP**              **ROBINSON TAIT, P.S.**

10

11  */s/ Mark J. Bourassa*                    */s/ Joe Solseng*

12  MARK J. BOURASSA, ESQ.                JOE SOLSENG, ESQ.
   Nevada Bar No. 7999                    Nevada Bar No. 11717
13  CHRISTOPHER W. CARSON, ESQ.           **ROBINSON, TAIT, P.S.**
   Nevada Bar No. 9523                    3651 Lindell Road, Suite D #288
14  **THE BOURASSA LAW GROUP, LLC**       Las Vegas, NV 89103
   3025 W. Sahara Ave.  Suite 105         *Attorney for Defendant Regional Trustee*
15  Las Vegas, Nevada 89102               *Services Corporation*
   *Attorneys for Plaintiff James Jacobson*

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

UPON STIPULATION OF THE PARTIES, and good cause appearing, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff JAMES JACOBSON'S Complaint as and against Defendant REGIONAL TRUSTEE SERVICES CORPORATION is hereby dismissed with prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED this 9th day of November, 2010.

_____

UNITED STATES DISTRICT COURT JUDGE

Submitted By:

THE BOURASSA LAW GROUP, LLC.

*/s/ Mark J. Bourassa*

_____

MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
CHRISTOPHER W. CARSON, ESQ.
Nevada Bar No. 9523
**THE BOURASSA LAW GROUP, LLC.**
3025 W. Sahara Ave.  Suite 105
Las Vegas, Nevada 89102
Phone: (702) 851-2180
Fax:    (702) 851-2189
*Attorneys for Plaintiff*

1
2

**CERTIFICATE OF SERVICE OF STIPULATION AND ORDER**

**FOR DISMISSAL WITH PREJUDICE**

3
4
5
6

I hereby certify that on October 22nd 2010, I electronically filed the foregoing STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE using the CM/ECF system, which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

7

*/s/ Mark J. Bourassa*

8

_____

9

An Employee of The Bourassa Law Group, LLC

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28